| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Kevin Moon, 246792<br>Moon Law APC<br>600 West Broadway, Suite 700<br>San Diego, CA 92101 | (415) 730-0387 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Todd Carpenter

DEFENDANT:
PetSmart, Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:19-cv-01731-CAB-LL |
|---|---|---|---|---|

BY FA

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
First Amended Class Action Complaint

2. Party Served: PetSmart, Inc.

3. Person Served: Tiffany Phillips - CT Corporation - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 10/07/2019    3:05PM

5. Address, City and State: 4640 Admiralty Way, 5th Floor
   Marina del Rey, CA 90292

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 90

Registered California process server.
County: Los Angeles
Registration No.: 8185
Bradford Weekes
One Legal - 194-Marin
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/19/2019 at Petaluma, California.

Signature: *Bradford Weekes*

Bradford Weekes