**STEPTOE & JOHNSON LLP**
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678

Attorneys for
PETSMART, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CARPENTER, Individually, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC.,<br><br>Defendant. | Case No. 3:19-cv-01731-CAB-LL<br><br>**DEFENDANT'S NOTICE OF MOTION TO STRIKE PLAINTIFF'S ALLEGATIONS REGARDING PROPOSED NATIONWIDE CLASS**<br><br>Hearing Date: February 10, 2020<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant PetSmart, Inc. ("PetSmart") will and hereby does move this Court to strike from the First Amended Complaint ("FAC") all allegations by which Plaintiff Todd Carpenter ("Plaintiff") purports to represent a nationwide class, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(f), 23(c)(1)(A), and 23(d)(1)(D).

This Motion is based on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities in support of the Motion; the Declaration of Meegan Brooks and exhibits thereto; and on all other matters that may be judicially noticed or produced at the hearing of this matter.

DATED: December 18, 2019        STEPTOE & JOHNSON LLP

By:     /s/ Stephanie A. Sheridan
STEPHANIE A. SHERIDAN
ANTHONY J. ANSCOMBE
MEEGAN B. BROOKS
Attorneys for PETSMART, INC.