| | |
|---|---|
| **STEPTOE & JOHNSON LLP**<br>STEPHANIE A. SHERIDAN, State Bar No. 135910<br>ssheridan@steptoe.com<br>ANTHONY J. ANSCOMBE, State Bar No. 135883<br>aanscombe@steptoe.com<br>MEEGAN B. BROOKS, State Bar No. 298570<br>mbrooks@steptoe.com<br>One Market Plaza<br>Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>Telephone: (415) 365-6700<br>Facsimile: (415) 365-6678<br><br>Attorneys for<br>PETSMART, INC. | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CARPENTER, Individually, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PETSMART, INC.,<br><br>    Defendant. | Case No. 3:19-cv-01731-CAB-LL<br><br>**DECLARATION OF MEEGAN B. BROOKS IN SUPPORT OF PETSMART'S MOTION TO STRIKE PLAINTIFF'S NATIONWIDE CLASS ALLEGATIONS** |

## DECLARATION OF MEEGAN B. BROOKS

I, Meegan B. Brooks, hereby declare as follows:

1. I am an attorney at the law firm of Steptoe & Johnson LLP, counsel of record for Defendant PetSmart, Inc. ("PetSmart"). I am licensed to practice in California, and am counsel of record in the above-entitled action.

2. I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify competently to them. I submit this declaration in support of PetSmart's Motion to Strike Plaintiff's Nationwide Class Allegations.

3. Attached hereto as Exhibit 1, Exhibit 2, and Exhibit 3 are true and correct copies of PetSmart's 50-state surveys of laws regarding common law fraud, breach of implied warranty, and unjust enrichment, respectively.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of December, 2019 in San Francisco, California.

DATED: December 18, 2019        STEPTOE & JOHNSON LLP


By: /s/ Meegan Brooks
MEEGAN B. BROOKS
Attorney for Defendant
PETSMART, INC.